L.B.F. 3015-6B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **William J. Kuntz**         :    Chapter
Debtor(s)                            :    Bky. No. **19-12673 JFK**
                                     :

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I/We, [name of Debtor(s)] **William J. Kuntz**, hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1. I/We has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I/We has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I/we will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date: **7-7-19**                    /s/ **William J. Kuntz**
                                    [name]

Scanned by CamScanner