**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: : CHAPTER 13
WILLIAM J. KUNTZ

: BANKRUPTCY NO.: 19-12673 JKF

CERTIFICATION OF SERVICE

    I, James J. O'Connell, Esquire, Counsel for Debtor, do hereby certify that a true and correct copy of COUNSELS FEE APPLICATION AND NOTICE THEROF has been served on all parties by first class mail/electronically, this 7th day of July, 2019.

    **/s/ James J. O'Connell**
    James J. O'Connell, Esquire
    Attorney for Debtor