**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :   CHAPTER 13
WILLIAM J. KUNTZ

                                          :   BANKRUPTCY NO.: 19-12673 JKF


CERTIFICATION  OF NO RESPONSE


      I, James J. O'Connell, Esquire, counsel for debtor(s) in the above captioned matter, do hereby certify that I have received no Response to COUNSEL FOR DEBTORS FEE APPLICATION.


**/s/ James J. O'Connell**
James J. O'Connell, Esquire
Attorney for Debtor

9/23/2019