IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 13
WILLIAM J. KUNTZ

: BANKRUPTCY NO.: 19-12673 JKF

# ORDER

AND NOW, this 30th day of October, 2019 upon consideration of "Application of Debtor(s) Counsel for Approval of Counsel Fees" submitted by James J. O'Connell, Esquire, counsel for debtor(s), and after notice, it is hereby

ORDERED that counsel fees in the amount of $ 4,000

less $ 1.00      already paid are approved as fair,

reasonable and necessary in connection with this case. and may be paid according to the terms of the confirmed plan.

_____
**JEAN K. FITZSIMON BJ**