# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William J. Kuntz | | |
| | Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc. | | |
| | Movant | |
| vs. | | |
| | | NO. 19-12673 JKF |
| William J. Kuntz | | |
| | Debtor(s) | |
| Scott Waterman | | |
| | Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this       day of              , 2019 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _September 13, 2019_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 13, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list

William J. Kuntz
1860 Memphis Street
Philadelphia, PA 19125

James J. O'Connell
Law Office
219 Race Street
Suite B
Philadelphia, PA 19106

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532