## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William J. Kuntz<br>                    Debtor<br><br>Quicken Loans Inc., its successors and/or assigns<br>                    Movant<br>        vs.<br><br>William J. Kuntz<br>                    Debtor<br><br>Scott Waterman<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-12673 JKF |

## PRAECIPE TO WITHDRAW NOTICE OF MORTGAGE PAYMENT CHANGE

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Notice of Mortgage Payment Change of Quicken Loans, Inc. which was filed with the Court on or about **02/04/2020; Claim #6**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

February 24, 2020