| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12673-AMC**

WILLIAM J KUNTZ
1860 MEMPHIS STREET
PHILADELPHIA  PA   19125

Petition Filed Date: 04/26/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 10/30/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2019 | $100.00 | 108441283060 | 06/07/2019 | $100.00 | 108441284314 | 07/08/2019 | $100.00 | 108441285293 |
| 08/13/2019 | $100.00 | 108441286690 | 09/17/2019 | $100.00 | 108441287966 | 10/16/2019 | $100.00 | 108441289011 |
| 11/15/2019 | $100.00 | 108441289891 | 12/13/2019 | $100.00 | 108609934830 | 01/14/2020 | $100.00 | 108609935775 |
| 02/19/2020 | $100.00 | 108609937271 | 03/09/2020 | $100.00 | 108609938085 | 04/08/2020 | $100.00 | 108609939075 |
| 05/12/2020 | $100.00 | 108609940593 | 06/15/2020 | $100.00 | 108314633075 | 07/08/2020 | $100.00 | 26396981493 |
| 08/11/2020 | $100.00 | 108314635044 | | | | | | |

**Total Receipts for the Period:  $1,600.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $7,346.13 | $0.00 | $7,346.13 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,581.60 | $0.00 | $3,581.60 |
| 3 | TRUMARK FINANCIAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $5,492.33 | $0.00 | $5,492.33 |
| 5 | TRUMARK FINANCIAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $9,496.27 | $0.00 | $9,496.27 |
| 6 | THE SWISS COLONY<br>»» 005 | Unsecured Creditors | $306.23 | $0.00 | $306.23 |
| 7 | QUICKEN LOANS INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | WELLS FARGO<br>»» 007 | Secured Creditors | $273.21 | $0.00 | $273.21 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $132.40 | $0.00 | $132.40 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $704.09 | $0.00 | $704.09 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $150.28 | $0.00 | $150.28 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $577.40 | $0.00 | $577.40 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $542.04 | $0.00 | $542.04 |
| 14 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $1,876.62 | $0.00 | $1,876.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,790.64 | $0.00 | $1,790.64 |

**Chapter 13 Case No. 19-12673-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $299.04 | $0.00 | $299.04 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $380.32 | $0.00 | $380.32 |
| 0 | JAMES J O'CONNELL ESQ | Attorney Fees | $3,999.00 | $1,357.80 | $2,641.20 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,600.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $1,357.80 | Arrearages: | ($100.00) |
| Paid to Trustee: | $152.20 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $90.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.