IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM J KUNTZ                                                NO. 19-12673 ELF
                                                               CHAPTER 13

PRAECIPE TO WITHDRAW MOTION FOR RELIEF

TP THE CLERK

Please mark the motion for relief filed by CAB East/Ford Credit as withdrawn

May 24, 2022

GERSHMAN LAW OFFICES

/s/Howard Gershman

Howard Gershman
610 York Road Ste 200
Jenkintown, PA 19046
215.886.1120