| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-12673-AMC**

WILLIAM J KUNTZ  
1860 MEMPHIS STREET  
PHILADELPHIA  PA    19125

Petition Filed Date: 04/26/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 10/30/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $100.00 | | 05/11/2021 | $100.00 | | 06/08/2021 | $100.00 | |
| 07/13/2021 | $100.00 | | 08/10/2021 | $100.00 | | 09/14/2021 | $100.00 | |
| 10/13/2021 | $100.00 | | 11/09/2021 | $100.00 | | 12/14/2021 | $100.00 | |
| 01/11/2022 | $100.00 | | 02/08/2022 | $100.00 | | 03/08/2022 | $100.00 | |
| 04/12/2022 | $100.00 | | 05/10/2022 | $100.00 | | 06/14/2022 | $100.00 | |
| 07/12/2022 | $100.00 | | | | | | | |

**Total Receipts for the Period: $1,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $7,346.13 | $0.00 | $7,346.13 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,581.60 | $0.00 | $3,581.60 |
| 3 | TRUMARK FINANCIAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $5,492.33 | $0.00 | $5,492.33 |
| 5 | TRUMARK FINANCIAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $9,496.27 | $0.00 | $9,496.27 |
| 6 | THE SWISS COLONY<br>»» 005 | Unsecured Creditors | $306.23 | $0.00 | $306.23 |
| 7 | QUICKEN LOANS INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | WELLS FARGO<br>»» 007 | Secured Creditors | $273.21 | $0.00 | $273.21 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $132.40 | $0.00 | $132.40 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $704.09 | $0.00 | $704.09 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $150.28 | $0.00 | $150.28 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $577.40 | $0.00 | $577.40 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $542.04 | $0.00 | $542.04 |
| 14 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $1,876.62 | $0.00 | $1,876.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,790.64 | $0.00 | $1,790.64 |

**Chapter 13 Case No. 19-12673-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $299.04 | $0.00 | $299.04 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $380.32 | $0.00 | $380.32 |
| 0 | JAMES J O'CONNELL ESQ | Attorney Fees | $3,999.00 | $3,558.80 | $440.20 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,900.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $3,558.80 | Arrearages: | $0.00 |
| Paid to Trustee: | $341.20 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.