**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN          **DISTRICT OF** PENNSYLVANIA
PHILADELPHIA          **DIVISION**

In re

WILLIAM J KUNTZ

Debtors.

In Chapter 13   Proceeding
Case No. 19-12673

**REQUEST TO DISCONTINUE SERVICE OF NOTICES**

**PLEASE TAKE NOTICE** that Synchrony Bank          c/o PRA Receivables
Management, LLC hereby withdraws its Request for Special Notice filed on
4/28/2019          Docket Number 7   .

Dated:  This 10   th day of July     , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

JAMES J O'CONNELL
Attorney

SCOTT WATERMAN
Chapter 13 Trustee

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257