| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-12673-AMC

| | |
|---|---|
| WILLIAM J  KUNTZ | Petition Filed Date: 04/26/2019 |
| 1860 MEMPHIS STREET | 341 Hearing Date: 05/31/2019 |
| PHILADELPHIA  PA    19125 | Confirmation Date: 10/30/2019 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $100.00 | | 09/13/2022 | $100.00 | | 10/12/2022 | $100.00 | |
| 11/08/2022 | $100.00 | | 12/13/2022 | $100.00 | | 01/11/2023 | $100.00 | |
| 02/14/2023 | $100.00 | | 03/14/2023 | $100.00 | | 04/11/2023 | $100.00 | |
| 05/09/2023 | $100.00 | | 06/13/2023 | $100.00 | | 07/12/2023 | $100.00 | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $7,346.13 | $0.00 | $7,346.13 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,581.60 | $0.00 | $3,581.60 |
| 3 | TRUMARK FINANCIAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $5,492.33 | $0.00 | $5,492.33 |
| 5 | TRUMARK FINANCIAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $9,496.27 | $0.00 | $9,496.27 |
| 6 | THE SWISS COLONY<br>»» 005 | Unsecured Creditors | $306.23 | $0.00 | $306.23 |
| 7 | QUICKEN LOANS INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | WELLS FARGO<br>»» 007 | Secured Creditors | $273.21 | $273.21 | $0.00 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $132.40 | $0.00 | $132.40 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $704.09 | $0.00 | $704.09 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $150.28 | $0.00 | $150.28 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $577.40 | $0.00 | $577.40 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $542.04 | $0.00 | $542.04 |
| 14 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $1,876.62 | $0.00 | $1,876.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,790.64 | $0.00 | $1,790.64 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $299.04 | $0.00 | $299.04 |

| 17 | CITY OF PHILADELPHIA (LD) »» 016 | Secured Creditors | $380.32 | $380.32 | $0.00 |
| 0 | JAMES J O'CONNELL ESQ | Attorney Fees | $3,999.00 | $3,999.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,200.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $4,652.53 | Arrearages: | ($100.00) |
| Paid to Trustee: | $450.20 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $97.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.