Certificate Number: 17572-PAE-DE-038368949

Bankruptcy Case Number: 19-12673



17572-PAE-DE-038368949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2024</u>, at <u>6:41</u> o'clock <u>AM PDT</u>, <u>William J Kuntz</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 11, 2024</u>          By:     <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:  <u>Counselor</u>