United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 19-12673-amc
William J. Kuntz                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 3
Date Rcvd: Apr 23, 2024            Form ID: 138OBJ            Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Kuntz, 1860 Memphis Street, Philadelphia, PA 19125-2832 |
| 14318295 | + | Quicken Loans Inc., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14315155 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14314468 | + | TRUMARK FCU, 1000 NORTHBROOK DRIVE, Feasterville Trevose, PA 19053-8430 |
| 14314470 | | WAYFAIR, PO BOX 656617, San Antonio, TX 78265-9617 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2024 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2024 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14314458 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2024 23:51:16 | BEST BUY, PO BOX 78009, Phoenix, AZ 85062-8009 |
| 14383556 | | Email/Text: megan.harper@phila.gov | Apr 23 2024 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14314459 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2024 23:45:00 | COMENITY CAPITAL BANK, PO BOX 183003, Columbus, OH 43218-3003 |
| 14314460 | + | Email/Text: bkfilings@zwickerpc.com | Apr 23 2024 23:45:00 | DISCOVER BANK, C/O JONATHAN P. CAWLEY, ESQ., 3220 TILLMAN DRIVE, SUITE 215, Bensalem, PA 19020-2028 |
| 14319011 | | Email/Text: mrdiscen@discover.com | Apr 23 2024 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14314461 | | Email/Text: bankruptcy@sccompanies.com | Apr 23 2024 23:45:00 | FIGIS, PO BOX 77001, Madison, WI 53707-1001 |
| 14314462 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2024 23:45:00 | HABAND, PO BOX 659707, San Antonio, TX 78265-9707 |
| 14314463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2024 23:51:53 | HOME DEPOT, PO BOX 9001010, Louisville, KY 40290-1010 |
| 14314464 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2024 23:51:32 | LOWE'S, PO BOX 530914, Atlanta, GA 30353-0914 |
| 14320184 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2024 23:51:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14314465 | ^ | MEBN | Apr 23 2024 23:39:30 | PCH, 101 WINNERS CIRCLE, Jericho, NY 11753-2714 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14352241 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2024 23:51:51 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14314466 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 23 2024 23:51:51 | | QCARD, PO BOX 530905, Atlanta, GA 30353-0905 |
| 14314467 | + | Email/Text: bankruptcyteam@quickenloans.com Apr 23 2024 23:45:00 | | QUICKEN LOANS, 1050 WOODWARD AVE., Detroit, MI 48226-3573 |
| 14348305 | | Email/Text: bnc-quantum@quantum3group.com Apr 23 2024 23:45:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14348304 | | Email/Text: bnc-quantum@quantum3group.com Apr 23 2024 23:45:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14345101 | + | Email/Text: bankruptcyteam@quickenloans.com Apr 23 2024 23:45:00 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14352656 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2024 23:51:56 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794438 | + | Email/PDF: ebn_ais@aisinfo.com Apr 23 2024 23:51:23 | | Synchrony Bank, AIS InfoSource,LP, 4515 N.Santa Fe, Oklahoma City, OK 73118-7901 |
| 14315402 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2024 23:51:15 | | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334193 | + | Email/Text: bankruptcy@sccompanies.com Apr 23 2024 23:45:00 | | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14325582 | + | Email/Text: dbogucki@trumark.org Apr 23 2024 23:45:00 | | TruMark Financial Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14345995 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Apr 23 2024 23:51:13 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14314469 | *+ | TRUMARK FCU, 1000 NORTHBROOK DRIVE, Feasterville Trevose, PA 19053-8430 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JAMES J. O'CONNELL | on behalf of Debtor William J. Kuntz jjoc31@gmail.com jjoc@temple.edu |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William J. Kuntz
        Debtor(s)

Case No: 19−12673−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
               Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/23/24