UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

IN RE:                                                         CASE NO: 1912673

WILLIAM J KUNTZ                          CHAPTER 13

Debtor (s)

SSN/Tax ID: 7639
Employer ID:

### NOTICE OF CLAIM SATISFACTION

As to Claim 7 filed on 06/24/2019, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

                                                                       /s/ Kevin T. Cunningham
                                                                       Kevin T. Cunningham
                                                                       Bankruptcy Specialist
                                                                       Wells Fargo Bank, N.A.
                                                                       PO Box 10438
                                                                       Des Moines, IA 50306-0438
                                                                       1-877-455-9946

BKNOCS (09/2022)(02/2024)