# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Kuntz<br>                                    **Debtor(s)**<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>                                    **Movant**<br>vs.<br><br>William J. Kuntz<br>                                    **Debtor(s)**<br><br>Scott Waterman,<br>                                    **Trustee** | BK NO. 19-12673 AMC<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
William J. Kuntz
1860 Memphis Street
Philadelphia, PA 19125

Attorney for Debtor(s)
JAMES J. O'CONNELL, ESQUIRE
219 Race Street
Suite B
Philadelphia, PA 19106

Trustee
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>October 26, 2022</u>

                                                          **/s/Brian C. Nicholas Esquire**
                                                          Brian C. Nicholas Esquire
                                                          Attorney I.D. 317240
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          201-549-5366
                                                          bnicholas@kmllawgroup.com